UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, <br>     Plaintiff, <br> v. <br> ELIE S. KHANO, et al., <br>     Defendants. | Case No. 4:22-cv-00137-KAW <br><br> **ORDER OF DISMISSAL** <br><br> Re: Dkt. No. 35 |

On October 27, 2022, Plaintiff filed a document captioned "Notice of Indication of Mootness of ADA Claim for Injunctive Relief." (Dkt. No. 35.) Therein, Plaintiff provided that, as of October 20, 2022, Defendant claimed that the subject property had been remedied and the inaccessible conditions alleged in the complaint had been corrected, which "suggests that Plaintiff's claim for injunctive relief is moot." *Id.* at 1. In light of Defendant's representation, Plaintiff stated that "he has no objection to the dismissal of his ADA claim." *Id.* He further provided that, "should this Court dismiss Plaintiff's sole federal question claim, Plaintiff has no objection to this Court declining to exercise supplemental jurisdiction over his state law claim so that he can refile that action in state court." *Id.* at 2.

Accordingly, the Court DISMISSES WITH PREJUDICE Plaintiff's Americans with Disabilities Act claim.

Additionally, in light of Plaintiff's apparent preference and in the absence of any remaining federal claims, the undersigned declines to exercise supplemental jurisdiction over the remaining Unruh Act claim. *See* 28 U.S.C. § 1367(c)(3).

Thus, the case is DISMISSED, and Plaintiff may refile the lawsuit in state court pursuant to 28 U.S.C. § 1367(d). *See Artis v. D.C.*, 138 S. Ct. 594, 598 (2018) (tolling of statute of

1  limitations and calculating deadline to refile in state court).

2  The Clerk shall close the case.

3  IT IS SO ORDERED.

4  Dated: November 7, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge